Joseph D. ISAAC, Appellant, v. W. H.
HIATT, Warden, United States Peniten-
tiary, Atlanta, Georgia.

No. 12774.

United States Court of Appeals
Fifth Circuit.

Oct. 25, 1949.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, HOLMES and SIBLEY, Circuit Judges.

PER CURIAM.

A careful consideration of the judgment in this case in the light of the record leaves us in no doubt that the appeal is without merit. Zerbst v. McPike, 5 Cir., 97 F.2d 253; Rohr v. Hudspeth, 10 Cir., 105 F.2d

747; Lunsford v. Hudspeth, 10 Cir., 126 F. 2d 653. The judgment is affirmed.